# EXHIBIT C

ASSIGNMENT PREP
AURORA LOAN SERVICES
P.O. Box 1706
Scottsbluff, NE 69363-1706

RL2
12/21/10
4-AR-B

/91.5072

## CORPORATE ASSIGNMENT OF MORTGAGE

Barrington Town, Rhode Island
SELLER'S SERVICING #:/ "EDEN"
OLD SERVICING #: FC

MERS #:   /RU #: 1-888-679-6377

Date of Assignment: October 26th, 2010
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.M AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK, INC.ITS SUCCESSORS OR ASSIGN at 3300 S.W. 34TH AVENUE, SUITE 101, OCALA, FL 34474
Assignee: AURORA LOAN SERVICES LLC at 2617 COLLEGE PARK, SCOTTSBLUFF, NE 69361

Executed By: ROBERT E. EDEN AND KATHRYN B. EDEN To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK, INC.
Date of Mortgage: 07/06/2006 Recorded: 07/11/2006 in Book/Reel/Liber: 989 Page/Folio: 135 as Instrument No.: 2485 In Barrington Town, State of Rhode Island

Property Address: 197 RUMSTICK ROAD, BARRINGTON, RI 02806

   KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.M AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK, INC.ITS SUCCESSORS OR ASSIGN
On October 26th, 2010

By: _____
THEODORE SCHULTZ, Vice-President

STATE OF Nebraska
COUNTY OF Scotts Bluff

ON October 26th, 2010, before me, IRENE GUERRERO, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared THEODORE SCHULTZ, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
IRENE GUERRERO
Notary Expires: 09/14/2013

GENERAL NOTARY - State of Nebraska
IRENE GUERRERO
My Comm. Exp. Sept. 14, 2013

(This area for notarial seal)

Return to:
ORLANS MORAN
Attorneys and Counselors at Law
P.O. Box 5041
Troy, MI 48007-5041

RECEIVED FOR RECORD
Nov 03, 2010 01:03:37P
Barrington, R.I.
LINDA H. JAMES
TOWN CLERK

When Recorded Return to:
DOCUMENT ADMINISTRATION
Nationstar Mortgage
2617 COLLEGE PARK
SCOTTSBLUFF, NE 69361

## CORPORATE ASSIGNMENT OF MORTGAGE

Barrington Town, Rhode Island
SELLER'S SERVICING #: "EDEN"

Date of Assignment: March 10th, 2014
Assignor: AURORA LOAN SERVICES LLC BY NATIONSTAR MORTGAGE LLC, ITS ATTORNEY-IN-FACT at 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067
Assignee: DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC PASS THROUGH CERTIFICATES 2006-QO9 at 1761 E. ST. ANDREW PLACE, SANTA ANA, CA 92705-4934

Executed By: ROBERT E. EDEN AND KATHRYN B. EDEN  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK, INC.
Date of Mortgage: 07/06/2006  Recorded: 07/11/2006 in Book/Reel/Liber: 989 Page/Folio: 135 as Instrument No.: 2485 In Barrington Town, State of Rhode Island.

Property Address: 197 RUMSTICK ROAD, BARRINGTON, RI 02806

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $425,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

AURORA LOAN SERVICES LLC BY NATIONSTAR MORTGAGE LLC, ITS ATTORNEY-IN-FACT
On 03-10-2014

By: _Angela Sanchez_
Angela Sanchez, Assistant Secretary

STATE OF Nebraska
COUNTY OF Scotts Bluff

On 3-10-2014, before me, LINDA D. PARKS, a Notary Public in and for Scotts Bluff in the State of Nebraska, personally appeared Angela Sanchez, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_Linda Parks_
LINDA D. PARKS
Notary Expires: 11/14/2015

GENERAL NOTARY - State of Nebraska
LINDA D PARKS
My Comm. Exp. Nov. 14, 2015

(This area for notarial seal)
RECEIVED FOR RECORD
Apr 14,2014 11:27:18A
Barrington, R.I.
Meredith J. DeSisto
TOWN CLERK

*EPM*EPMNATN*03/10/2014 11:42:48 AM* NATTO1NATNA00000000000000000376397* RI BARR* 0599305117 RISTATE MORT ASSIGN ASSN **LPNATN*