# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

---

In Re: **Robert E Eden**  Case Number: **1:17-bk-11055**  Ch: **7**

**MOVANT/APPLICANT/PARTIES:**

Motion for Relief from Stay re: 197 Rumstick Road, Barrington, Rhode Island ("Motion") (Doc. #17); Certificate of Service (Doc. #19)

**OUTCOME:**

\_\_ Granted   \_\_ Denied   \_\_ Approved   \_\_ Sustained

\_\_ Moot   \_\_ Denied without prejudice   \_\_ Withdrawn in open court   \_\_ Overruled

\_\_ OSC Enforced / Released

\_\_ Continued to: _____  For: _____

\_\_ Formal order / stipulation to be submitted by: _____  Date due: _____

\_\_ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____  From: _____

Response due: _____  From: _____

\_\_ Fee(s) allowed in the amount of: $ _____  Expenses of: $ _____

\_\_ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Service on the Motion is defective. By August 21, 2017, the Movant shall serve the Motion on the subordinate lienholders cited in paragraph 11 of the Motion for Relief from Stay in accordance with R.I. LBR 4001-1(c)(5), and file a Certificate of Service evidencing compliance with this Order, at which time the objection period will be reset and hearing on the Motion rescheduled accordingly.

IT IS SO ORDERED:

*Diane Finkle*  Dated: _____

Diane Finkle, U.S. Bankruptcy Judge