### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In Re: Robert E Eden

Debtor(s)

BK No. 1:17−bk−11055

Chapter 7

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
*(this relates to Document # 35)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 35); filed by Deutsche Bank Trust Company Americas ; and after hearing,

IT IS HEREBY ORDERED that for the reasons stated by the Court in its bench decision, are incorporated herein by reference:

(1) Deutsche Bank Trust Company Americas is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non−bankruptcy law with respect to:

197 Rumstick Road, Barrington, RI.

(2) The 14−day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **9/13/17**

Entered on Docket: **9/13/17**
Document Number: **65 − 35**

109.jsp