## **EXHIBIT B**

**Invoices**

# IRVING SHECHTMAN & CO., INC.

*Professional Auctioneers, Appraisers & Liquidators*

**141 POWER ROAD, PAWTUCKET, RI 02860**

- STATE RECEIVERSHIPS
- PROBATE COURTS
- LAW FIRMS
- FEDERAL DEPOSIT
   INSURANCE CORPORATION

*Reliable*



*Service*

- U.S. BANKRUPTCIES
- BANKS
- FINANCIAL INSTITUTIONS
- SMALL BUSINESS
   ADMINISTRATION

**TELEPHONE**
**(401) 728-9100**

**TELECOPIER**
**(401) 728-9103**

TO: Amanda M. Perry, Esq.
Law Offices of Joseph DiOrio
144 Westminster Street, Suite 302
Providence, Rhode Island 02903

DATE: 12/13/2017

<u>**RE: *ROBERT EDEN, CHAPTER 7 CASE NO. 17-11055***</u>

APPRAISAL:                    $500.00

Thank you for your business.

# IRVING SHECHTMAN & CO., INC.

*Professional Auctioneers, Appraisers & Liquidators*

**141 POWER ROAD, PAWTUCKET, RI 02860**

- STATE RECEIVERSHIPS
- PROBATE COURTS
- LAW FIRMS
- FEDERAL DEPOSIT
  INSURANCE CORPORATION

*Reliable*



*Service*

- U.S. BANKRUPTCIES
- BANKS
- FINANCIAL INSTITUTIONS
- SMALL BUSINESS
  ADMINISTRATION

**TELEPHONE**
(401) 728-9100

**TELECOPIER**
(401) 728-9103

TO: Amanda M. Perry, Esq.
Law Offices of Joseph DiOrio
144 Westminster Street, Suite 302
Providence, Rhode Island 02903

DATE: 12/27/2017

**RE: *ROBERT EDEN, CHAPTER 7 CASE NO. 17-11055- MOONEY AIRCRAFT***

APPRAISAL:            $500.00

Thank you for your business.