UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re: :
: Case No. 17-11055
ROBERT E. EDEN : Chapter 7
        Debtor. :

# RULE 6004(f)(1) REPORT OF SALE

Joseph M. DiOrio, the chapter 7 trustee for Robert E. Eden, in accordance with Federal Bankruptcy Rule of Procedure 6004(f)(1), hereby reports that he sold property of the estate. The trustee's itemized statement follows:

| Property Sold | Name of Purchaser | Price Received |
|---|---|---|
| Debtor's one half interest in a 1965 Mooney M20E Airplane | David Miller | $8,000.00 |

Respectfully submitted:

/s/ *Joseph M. DiOrio*
Joseph M. DiOrio, Esq.,
Trustee of Robert E. Eden
DiOrio Law Office
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
(401) 632-0911/ Fax: (401) 632-0751
jmdiorio@dioriolaw.com

April 23, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on **April 23, 2018,** I electronically filed the foregoing document in the above-captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF system. CM/ECF participants will receive notice electronically.

I further certify that on **April 23, 2018**, I caused all creditors and interested parties listed on the mailing matrix attached hereto as Schedule A to receive a copy of this document by first class mail, postage prepaid.

*/s/ Amanda M. Perry*