| | | |
|---|---|---|
| Label Matrix for local noticing<br>0103-1<br>Case 1:17-bk-11055<br>District of Rhode Island<br>Providence<br>Mon Apr 23 13:50:02 EDT 2018 | Robert E Eden<br>197 Rumstick Road<br>Barrington, RI 02806-4923 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Keith D. Lowey<br>Verdolino & Lowey, P.C.<br>124 Washington Street<br>Foxborough, MA 02035-1368 | Dean M. Ponte<br>Irving Shechtman & Co.<br>141 Power Road<br>Pawtucket, RI 02860-3592 |
| Allan Shine<br>Chace Ruttenberg & Freedman, LLP<br>One Park Row<br>Suite 300<br>Providence, RI 02903-1261 | State of RI - Division of Taxation<br>RI Division of Taxation<br>Bankruptcy Unit<br>One Capitol Hill<br>Providence, RI 02908-5800 | State of RI - Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 |
| Allan M. Shine, Receiver<br>c/o Richard J. Land<br>Chace Ruttenberg & Freedman, LLP<br>One Park Row, Suite 300<br>Providence, RI 02903-1261 | Allscripts<br>5858 Westheimer Rd Ste 500<br>c/o Greenberg, Grant & Richard<br>Houston TX 77057-5645 | Amex<br>Correspondence<br>Po Box 981540<br>El Paso TX 79998-1540 |
| BCBS of RI<br>PO Box 1057<br>Providence RI 02901-1057 | Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro NC 27420-6012 | CIT<br>PO Box 550599<br>Jacksonville FL 32255-0599 |
| Capital One<br>Po Box 30285<br>Salt Lake City UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Care NE<br>800 Butler Dr<br>Providence RI 02906-7011 |
| Chase Bank<br>PO Box 509011<br>San Diego CA 92150-9011 | Citibank<br>PO Box 1961<br>Southgate MI 48195-0961 | Cox Business<br>PO Box 78000<br>Dept 781104<br>Detroit MI 48278-0001 |
| Debt Management<br>200 Chauncy St. Ste 208<br>Mansfield MA 02048-1200 | Deltal Dental<br>10 Charles St<br>Providence RI 02904-2220 | Dept Of Ed/Navient<br>Attn: Claims Dept<br>P.O. Box 9635<br>Wilkes Barr PA 18773-9635 |
| Division Of Taxation<br>1 Capitol Hl<br>Providence RI 02908-5800 | Donoghue & Barrett<br>One Beacon Street<br>Ste 1320<br>Boston MA 02108-3106 | Dr. Todd Handel, Inc<br>75 Newman Avenue<br>Ste 100<br>Rumford RI 02916-3603 |
| Elaine Eden<br>710 Park Avenue<br>New York NY 10021-4944 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPER.<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Icon Equities, LLC<br>One Davol Squire ste 305<br>Providence RI 02903-4755 |

Image First
PO Box 61323
King of Prussia PA 19406-0823

Joseph Russolino
260 West Exchange St
Ste 201
Providence RI 02903-1047

Karam Financial Group
456 Rock Street
Fall River MA 02720-3343

Kathryn Eden
197 Rumstick Rd
Barrington RI 02806-4923

Kathryn Eden
197 Rumstick Ro
Barrington RI 02806-4923

Lifespan Call Center
PO Box 414546
Boston MA 02241-0001

Lynda L. Laing, Esquire
Strauss Factor Laing Lyons
1 Davol Sq Ste 305
Providence RI 02903-4755

Marinosci Law Group, P.C.
275 West Natick Rd Ste 500
Warwick RI 02886-1161

Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell TX 75019-4620

Navient Solutions, LLC on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Northland Group Inc.
Attn: Bankruptcy Dept
PO Box 390846
Minneapolis MN 55439-0846

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Pro Health Services
254 S. Ronald Reagan Blvd
Ste 225
Longwood FL 32750-5467

Quantum3 Group LLC as agent for
Icon Equities LLC
PO Box 788
Kirkland, WA 98083-0788

Richard J. Land
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903-1261

Robert E. Johnson, Esquire
Law Office of Howard E. Schiff
70 Catamore Blvd Ste 5
East Providence, RI 02914-1218

US Bank
76 Dorrance St
Providence RI 02903-2227

Vertical Communications
PO Box 677952
Dallas TX 75267-7952

Webster Bank
145 Bank St
Waterbury CT 06702-2211

Wells Fargo Dealer Services
Po Box 3569
Rancho Cucamonga CA 91729-3569

Russell D. Raskin +
Raskin & Berman
116 East Manning Street
Providence, RI 02906-5116

Joseph M. DiOrio +
Law Office of Joseph M. DiOrio, Inc.
144 Westminster Street
Suite 302
Providence, RI 02903-2216

Theodore Orson +
Orson and Brusini Ltd.
144 Wayland Avenue
Providence, RI 02906-4370

Samuel C. Bodurtha +
Hinshaw & Culbertson
321 South Main Street
Suite 301
Providence, RI 02903-7109

Gary L. Donahue +
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903-1744

Giovanni La Terra Bellina +
Orson and Brusini Ltd.
144 Wayland Avenue
Providence, RI 02906-4370

Ethan Zachary Tieger +
Hinshaw & Culbertson, LLP
321 South Main Street
Suite 301
Providence, RI 02903-7109

Amanda M. Perry +
Law Office of Joseph M. DiOrio, Inc.
144 Westminster Street
Suite 302
Providence, RI 02903-2216

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency Unit - 4th Floor
380 Westminster Street
Providence, RI 02903

Portfolio Recovery
Po Box 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deutsche Bank Trust Company Americas, as T

(u)Elaine Eden

(d)Richard J. Land +
Chace Ruttenberg & Freedman, LLP
One Park Row
Suite 300
Providence, RI 02903-1261

(d)Joseph M. DiOrio +
Law Office of Joseph M. DiOrio, Inc.
144 Westminster Street
Suite 302
Providence, RI 02903-2216

End of Label Matrix
Mailable recipients    57
Bypassed recipients     4
Total                  61